## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAIRE ANDRIS<br><br>　　　　Plaintiff<br><br>　vs.<br><br>BEYOND DISTRIBUTION, INC.; SYLVANUS O. HAYNES; and JOHN DOES 1-3, and XYZ Corp. 1-3, (fictitious names); j/s/a<br><br>　　　　Defendants | Civil Action No.: 1:20-cv-03385 |

## **AMENDED NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendants, Beyond Distribution, Inc. and Sylvanus O. Haynes, by and through their attorneys, Bardsley, Benedict + Cholden, LLP, remove this matter from the Superior Court of New Jersey, Law Division, Camden County to the United States District Court of the District of New Jersey pursuant to 28 U.S.C. § 1441 et. seq. and in support thereof aver as follows:

　　　　1.　　On or about March 17, 2020, Plaintiff, Claire Andris, filed a Complaint in the Superior Court of New Jersey, Law Division, Camden County. A copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

　　　　2.　　Plaintiff, Claire Andris, is a citizen of the State New Jersey and resides at 608 Kings Croft Drive in the Township of Cherry Hill, County of Camden, State of New Jersey.

　　　　3.　　Defendant, Sylvanus O. Haynes, is a citizen of the Commonwealth of Pennsylvania, residing at 1171 Thunder Drive in the town of Pocono Summit, County of Monroe, Commonwealth of Pennsylvania.

4. Defendant, Beyond Distribution, Inc., is a corporation with a State of Incorporation of Minnesota and with its principal place of business located at 2950 Long Lake Road in the City of St. Paul, County of Ramsey, State of Minnesota. A copy of Certification of Corporate Citizenship is attached hereto as Exhibit "B"

5. The accident which is the basis of this lawsuit occurred on December 5, 2018, at the intersection of Kings Croft Drive and Church Road in the Township of Cherry Hill, County of Camden, State of New Jersey.

6. Plaintiff's Complaint alleges that Plaintiff sustained severe and permanent injuries including, but not limited to, permanent external and internal injury, loss of use of a body organ, member, function or system and permanent consequential limitation of use of a body function or system.

7. The Complaint further alleges that Plaintiff has been or will be obliged to receive and undergo medical care and attention and to expend various sums of money and incur various expenses for the injuries she suffered.

8. The Complaint further alleges that Plaintiff incurred other financial expenses in an attempt to treat and/or cure herself.

9. Based upon the aforementioned injuries, it appears that this case has an amount in controversy in excess of $75,000.00, exclusive of interest and costs.

10. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship.

11. The document attached hereto constitute all of the pleadings, process and order served upon the Defendant in this action in the Superior Court of New Jersey, Camden County, Law Division.

12. This case is removable from the Superior Court of New Jersey, Camden County, Law Division, pursuant to 28 U.S.C. § 1446, et seq.

13. This Notice is being filed within 30 days of service of the Complaint upon Defendants, Beyond Distribution and Sylvanus O. Haynes.

14. Diversity of citizenship existed at the time that the service of the Complaint was accepted and continues through the time of filing of this Notice, such that Defendant is entitled to remove this mater pursuant to 28 U.S.C. § 1332, §1441 and §1446.

15. Based on the matter set forth hereinabove, this case is removable and said removal was commenced within the time provided in 28 U.S.C. §1446(b)(3).

WHEREFORE, Defendants request that the above captioned action, now pending against them in the Superior Court of New Jersey, Camden County, Law Division under Docket No.: CAM-L-1144-20 be removed therefrom to this Court.

Date: April 1, 2020

*Darren C. Audino /s/*
Darren C. Audino Esquire
Attorney ID: 023012003
**BARDSLEY, BENEDICT + CHOLDEN, LLP**
1000 Crawford Place – Suite 160
Mount Laurel, New Jersey 08054
*Attorney for Defendants, Beyond Distribution, Inc. and Sylvanus O. Haynes*